CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
JAN 17 2013
JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ANDREW WOLTERS,<br>　　Plaintiff, | ) ) ) | Civil Action No. 7:13-cv-00009 |
| v. | ) ) ) | ORDER |
| U.S. DEPT. OF JUSTICE, et al.,<br>　　Defendants. | ) ) | By:　Hon. Jackson L. Kiser<br>　　　Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that plaintiff is **DENIED** leave to proceed in forma pauperis; the action is **DISMISSED without prejudice**, pursuant to 28 U.S.C. § 1915(g); and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to plaintiff.

**ENTER**: This 17th day of January, 2013.

/s/ Jackson L. Kiser
Senior United States District Judge